# EXHIBIT B

Denial of Administrative Stay of Removal

*Office of Enforcement and Removal Operations*
*New York Field Office*

**U.S. Department of Homeland Security**
26 Federal Plaza, Suite 1105
New York, N.Y. 10278

U.S. Immigration and Customs Enforcement

May 5, 2026

Soto Law, PLLC
445 Hamilton Avenue, Suite 407
White Plains, NY 10601
Attn: Andrea C. Soto, Esq.

Re: SAUCEDA-HENRIQUEZ, Ingrid Paula
CONNER-SAUCEDA, Angel

Request for an Administrative Stay of Deportation or Removal (I-246)

Dear Ms. Soto;

I have received and reviewed the Form I-246, "Application for a Stay of Deportation or Removal," which you filed on behalf of your client's listed above.
I have reviewed your client's immigration history and carefully considered the assertions made in your request for a stay of deportation.

Upon a review of all the aggravating and mitigating factors in your client's case, I have determined that there are no compelling reasons to warrant a favorable exercise of discretion in their case; therefore, your request for a stay of removal is denied.

Please be advised that there is no administrative appeal from this decision.
If you have any questions, please contact Deportation Officer Shinas at (646) 721-2558.

Sincerely,

Kenneth Genalo
Field Office Director
New York Field Office

cc: A-File